## UNITED STATES DISTRICT COURT
### District of Maine

| | | |
|---|---|---|
| **GEORGE YEATON, III,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 2:04-cr-00123-GZS** |
| | ) | **No. 2:16-cv-00333-GZS** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent** | ) | |
| | ) | |

## ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 30, 2017, his Recommended Decision (ECF No. 49). Petitioner filed his Objection to the Recommended Decision (ECF No. 50) on April 12, 2017. Respondent Government filed its Response to Petitioner's Objection to Recommended Decision (ECF No. 53) on April 26, 2017.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.  It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.  It is hereby **ORDERED** that Petitioner's motion for habeas relief under 28 U.S.C. § 2255 (ECF No. 38) is **DENIED**.

3.     It is hereby **ORDERED** that a certificate of appealability shall be granted pursuant to Rule 11 of the Rules Governing Section 2255 Cases.


                                        /s/George Z. Singal_____
                                        U.S. District Judge

Dated this 2nd day of May, 2017.